In the Matter of the Claim of JOHN BOSCARINO, Respondent, against MILLER CABINET COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted November 21, 1933; decided December 5, 1933.)

*Charles J. O'Brien, Eugene Raines* and *Arthur Sutherland, Jr.,* for appellant.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion. (See 263 N. Y. 608.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.